IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01423-RPM

GEORGE DAVIES,

        Plaintiff,

v.

DENVER POLICE OFFICER STEVEN MARTINGANO, #04003 in his individual and official capacity, and
DENVER POLICE OFFICER CHRISTOPHER MACE, #04004 in his individual and official capacity,

        Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

      Defendants' Motion to Vacate and Reset Scheduling Conference [6] is granted. The conference is **rescheduled** for **October 3, 2007, at 2:30 p.m.** and the proposed scheduling order must be submitted by **September 27, 2007.**

Dated: August 30, 2007