<b>IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLORADO</b>

Civil Action No. 07-cv-01423-RPM-MEH

GEORGE DAVIES,

        Plaintiff(s),

v.

DENVER POLICE OFFICER STEVEN MARTINGANO, #04003 in his individual and official capacity, DENVER POLICE OFFICER CHRISTOPHER MACE, #04004 in his individual and official capacity,

        Defendant(s).

_____

## ORDER TO DISMISS WITH PREJUDICE
_____

**THIS MATTER** having come before the Court on the parties' Stipulated Dismissal with Prejudice, and the Court having reviewed the stipulation, does hereby **GRANT** the Stipulated Dismissal with Prejudice. The parties are dismissed from this action with prejudice, each party to pay their own costs and attorney's fees.

        **DATED:** March 5th, 2008.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge